Ford Hydro-Electric Company, Appellant, vs. Town of
Florence, Respondent.

*December 9, 1931—January 12, 1932.*

For the appellant there was a brief by *Schubring, Ryan,
Clarke & Petersen* of Madison, and oral argument by *William Ryan.*

For the respondent there was a brief by *Sells & Sells* of
Florence, and oral argument by *Arthur M. Sells.*

Wickhem, J.   Both with respect to the facts and the law,
this case is identical with *Ford Hydro-Electric Co. v. Aurora,* decided herewith (*ante,* p. 489, 240 N. W. 418), differing only as to the amount sought to be recovered.   Both
cases were tried together, and it was stipulated at the trial
that the evidence should be used for both.   It was also stipulated in the action against the town of Florence that the
judgment on appeal in that action should abide the result of
the judgment in *Ford Hydro-Electric Co. v. Aurora.*   The
case is governed in all respects by the opinion in that case.

*By the Court.*—Judgment reversed, and cause remanded
with directions to enter judgment in accordance with the
demand of the complaint.